UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIAL AMARO HERNANDEZ, on behalf of himself and all others similarly situated,

                              Plaintiff,

against

MEDI WINEBAR, LLC, et al.,

                              Defendants.

CIVIL ACTION NO.: 19 Civ. 1295 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties are directed to amend their Stipulation and Order Regarding Conditional Certification, Issuance of Collective Action Notice, and Disclosure of Contact ("Proposed Stipulation and Order") as follows:

(1) The entire Proposed Stipulation and Order should be reviewed for typographical errors.

(2) References to the Honorable Henry J. Pitman, by his full name or initials, should be changed to the undersigned's full name or initials.

(3) The "et al" after "Hernandez" in references to the case should be removed throughout, including at ECF No. 45 ¶¶ 3 and 9; and ECF No. 45-3 – 45-7.

(4) All references to the consent form should use the proper name, "Consent To Join Form." At ECF No. 45 ¶ 12, the parties refer to it as the "Consent to Joinder"; and at ECF No. 45-5, the parties refer to it as the "Consent Form" and "Consent To Form."

(5) Include a paragraph 12 to ECF No. 45 that reads as follows:

> Within seven (7) days after the Court has "So-Ordered" this Stipulation, the parties shall file a joint letter providing the Court dates certain for the remainder of the discovery period.

The parties are directed to file a revised Proposed Stipulation and Order by **Tuesday, December 3, 2019**.

Dated: New York, New York
November 26, 2019

SO ORDERED

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**