UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIAL AMARO HERNANDEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

against

MEDI WINEBAR, LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 1295 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties are directed to file a joint status report, by **Tuesday, August 18, 2020**, confirming whether fact discovery closed by the August 17, 2020 deadline and stating how the parties intend to move the case forward.

Dated:    New York, New York
            August 6, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**