

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

September 21, 2020

***Via ECF***

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Hernandez v. Medi Winebar, et al*
Case No.: 19-cv-01295

Your Honor:

    We represent the Plaintiff in this action.  We write, with Defendants' consent, to request that the deadline for the parties to submit the settlement agreement and *Cheeks* motion for Court approval, which is today, be extended to October 12, 2020.  We require this additional time because the parties are still working on the agreement and Cheeks motion.  We thank the Court for its attention and consideration to this matter.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

   /s/ Louis M. Leon
By Louis M. Leon (LL 2057)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
LLeon@CafaroEsq.com

The parties' joint Letter-Motion (ECF No. 57), is GRANTED.  The parties are directed to submit their settlement agreement and Cheeks motion for approval, addressed to the Honorable Paul G. Gardephe, by **Tuesday, October 13, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 57.

SO-ORDERED 9/22/2020

SARAH L. CAVE
United States Magistrate Judge