

| | Manhattan |
|---|---|
| | 520 Eighth Avenue, 14th Floor |
| | New York, New York 10018 |
| | T: 646.430.8295  F: 646.430.8294 |
| | |
| | **Long Island** |
| | 910 Franklin Avenue, Suite 200 |
| | Garden City, New York 11530 |
| | T: 516.307.1880  F: 516.307.1879 |

**George D. Vallas**
gvallas@goodstadtlaw.com

October 13, 2020

**BY ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

> The parties' request for a two-week extension of time to submit their settlement agreement and documents for review under <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015) (ECF No. 59) is GRANTED. The parties shall submit all necessary documents to the Honorable Paul G. Gardephe by **Tuesday, October 27, 2020.**
>
> The Clerk of Court is respectfully directed to close ECF No. 59.
>
> SO-ORDERED 10/14/2020
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Hernandez v. Medi Winebar, LLC, et al.* 19-cv-01295

Dear Judge Cave:

We represent Defendants in the above-referenced matter. We write jointly with counsel for Plaintiff in accordance with the Court's Individual Rule of Practice I.D to respectfully request a two-week extension of the October 13, 2020 deadline set forth in the Court's September 22, 2020 Order (ECF # 58) to submit the settlement agreement and *Cheeks* motion for approval to the Honorable Paul G. Gardephe, until October 27, 2020. The Parties require additional time to negotiate the final terms of the settlement agreement and prepare the motion for approval.

This is the second request for an extension of the referenced deadline and the parties do not anticipate any further requests for an extension.

We thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ George Vallas*
George Vallas

cc: Louis Leon, Esq. (by ECF)