

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

November 10, 2020

***Via ECF***
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Hernandez v. Medi Winebar, et al*
Case No.: 19-cv-01295

Your Honor:

We represent the Plaintiff in this action. We write, jointly with Defendants, to request that the deadline for the parties to submit the settlement agreement and *Cheeks* motion for Court approval, which is today, be extended to November 13, 2020. We require this additional time because counsel for the parties recently had disagreements about material terms of the agreement which threatened the settlement as a whole. After further discussion, counsel have agreed on a final settlement agreement that their clients are prepared to execute, which we expect to happen by the end of this week. This is the parties' fourth request for an extension of this deadline; all previous requests were granted by the Court. We apologize to the Court for any delays.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

  /s/ Louis M. Leon
By Louis M. Leon (LL 2057)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
LLeon@CafaroEsq.com

---

The parties' Letter-Motion for an extension of time to submit their materials for review under Cheeks (ECF No. 63) is GRANTED, and the deadline is EXTENDED until **Friday, November 13, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 63.

SO-ORDERED 11/12/2020

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

via ECF