*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com



# LAW OFFICES OF WILLIAM CAFARO

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

November 25, 2020

**_Via ECF_**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

        Re: Hernandez v. Medi Winebar, LLC et al
        Case No.: 19-cv-1295 (PGG) (SLC)

Your Honor:

    We represent Plaintiff Marcial Hernandez ("Plaintiff") in the above-referenced case brought pursuant to, *inter alia*, the Fair Labor Standards Act ("FLSA") and New York Labor Law "NYLL"), against Defendants Medi Winebar, LLC, 9th Ave Blue LLC d/b/a Blue Seafood & Eatery, Dorian Gashi and Andrea Giacomoni (collectively as "Defendants") (Defendants, with Plaintiffs, as the "Parties"). We submit this letter, jointly with Defendants, to supplement our motion for joint settlement under *Cheeks v. Freeport Pancake House*, Inc., 796 F.3d 199 (2d Cir. 2015), which we filed on November 13, 2020. [DE 65]. As indicated in footnote 2 of that motion, the parties are filing the executed and notarized confessions of judgment today. *See* **Exhibit 3**. We respectfully request that the Court consider today's supplemental submission and our initial submission together and approve the terms of the Parties' settlement agreement.

                            Respectfully submitted,
                            /s/ Louis M. Leon
                            By Louis M. Leon (LL 2057)
                            *Attorneys for Plaintiff*
                            108 West 39th Street, Suite 602
                            New York, New York 10018
                            (212) 583-7400
                            LLeon@CafaroEsq.com